## No. 11,012.

### ENGLISH *v.* COLORADO NEW BEER MANUFACTURING CO.

Decided January 5, 1925. Rehearing denied June 1, 1925.

Action between English and Colorado New Beer Manufacturing Company. Judgment for Company.

### *Case Dismissed.*

1. APPEAL AND ERROR—*Dismissal.* The record failing to show any judgment in the lower court, there is nothing for the Supreme Court to review, and the case is dismissed.

*Error to the District Court of Pueblo County, Hon. Samuel D. Trimble, Judge.*

Mr. S. D. BROSIUS, for plaintiff in error.

Mr. WILLIAM B. VATES, for defendant in error.

*Department One.*

MR. CHIEF JUSTICE TELLER delivered the opinion of the court.

THERE is nothing in the record in this case to show that a judgment was entered, and we have, therefore, nothing before us to review.

The case is accordingly dismissed.

MR. JUSTICE ALLEN and MR. JUSTICE BURKE concurring.